HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
LORENZO FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LORENZO FLORES,<br><br>Defendant. | Case No. 2:18-PO-00142-DB<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>DATE: July 31, 2018<br>TIME: 10:00 am<br>JUDGE: Hon. Deborah Barnes |

The Federal Public Defender's Office through Rachelle Barbour, counsel for defendant Lorenzo Flores, and the United States Attorney through its respective counsel Eric Chang hereby stipulate to continue the status conference scheduled for July 17, 2018, at 10:00 a.m. until July 31, 2018 at 10:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Stipulation and Order to Continue Status Conference

Defense counsel requests additional time to review discovery with Mr. Flores, present him with the plea offer in this case, and advise him on a course of action. A plea offer was extended on July 11, 2018 and Mr. Flores requires additional time to consider it. The parties agree that July 31, 2018 represents the best date for a status conference.

Respectfully submitted,

DATE: July 13, 2018

HEATHER E. WILLIAMS
Federal Defender

*/s/ Rachelle Barbour*
RACHELLE BARBOUR
Attorney for Lorenzo Flores

DATED: July 13, 2018

McGREGOR W. SCOTT
United States Attorney

*/s/ Eric Chang*
ERIC CHANG
Special Assistant United States Attorney
Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It is ordered that the July 17, 2018 status conference shall be continued until July 31, 2018 at 10:00 a.m.

Dated: July 13, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE